Case 7:19-cv-00076   Document 9   Filed on 04/11/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 11, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ABRIL A. FLORES DEL CAMPO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-76 |
| | § | |
| U.S. BANK NATIONAL ASSOCIATION, | § | |
| *et al*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

For the reasons stated in this Court's order of April 9, 2019, Plaintiff's claims against Defendant U.S. Bank National Association having been **DISMISSED WITH PREJUDICE**, the Court hereby enters this final judgment.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 11th day of April, 2019.

_____
Micaela Alvarez
United States District Judge